# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHELLE STRICKLAND,**

    **Plaintiff,**

**v.**                                                                                                      Case No:   6:19-cv-205-Orl-31DCI

**KHALD A. AMER and NAPOLI PIZZA
AND NEW YORK OVEN, INC.,**

    **Defendants.**

## ORDER

This cause comes before the Court on Plaintiff's Motion for Entry of Judgment After Default as to Defendant Khald A. Amer (Doc. 17) and Plaintiff's Motion for Entry of Judgment After Default as to Defendant Napoli Pizza and New York Oven, Inc. (Doc. 18), both filed July 3, 2019. On October 30, 2019, the United States Magistrate Judge issued a report (Doc. 19) recommending that the motions be denied without prejudice. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motions for Entry of Judgment After Default (Docs. 17 and 18) are **DENIED WITHOUT PREJUDICE**.

3. Plaintiff may file amended motions for default judgment by December 10, 2019.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 19, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party